IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00337-CBS

EVELYN HOHENBERGER,
        Plaintiff,
v.

UNITED STATES OF AMERICA,
        Defendant.

_____

## ORDER

_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff's "Motion and Incorporated Memorandum in Support of Unopposed Motion to Strike Exhibit K and Replace with Redacted Version or in the Alternative to Seal Exhibit K to Plaintiff's Motion for Summary Judgment."   The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

IT IS ORDERED that Plaintiff's Motion (filed February 9, 2015) (Doc. # 31) is GRANTED in the alternative.   Exhibit K to Plaintiff's Motion and Incorporated Memorandum in Support of Plaintiff's Motion for Summary Judgment as to Liability (Doc. # 30-12) shall be restricted at Level 1.

DATED at Denver, Colorado this 10th day of February, 2015.

BY THE COURT:


   s/ Craig B. Shaffer
United States Magistrate Judge

1