IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00337-CBS | Date:  May 14, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                          *Counsel:*

EVELYN HOHENBERGER,                                  Natacha Gutierrez

Plaintiff,

v.

USA,                                                                    Marcy Cook
                                                                            Susan Prose

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: MOTION HEARING**
**Court in session: 01:30 p.m.**
Court calls case.  Appearances of counsel.

The court hears oral argument regarding pending motions.

**ORDERED:**   *MOTION [30] and Incorporated Memorandum in Support of Plaintiff's Motion for Summary Judgment as to Liability* is **DENIED** as stated on the record**.**

*MOTION [35] and Incorporated Memorandum in Support of Plaintiff's Motion to Strike Dr. John Johnson's Testimony* is **DENIED without prejudice** as stated on the record.

*Defendant's MOTION [36] to Exclude Expert Witness Testimony* is **DENIED without prejudice** as stated on the record.

*Defendant's MOTION [37] in Limine to Limit the Scope of Plaintiff's Expert's Testimony* is **GRANTED** as stated on the record.

Discussion regarding bench trial set for July 13, 2015.  Counsel may file trial briefs a week before the trial date.

HEARING CONCLUDED.

**Court in recess: 02:22 p.m.**
Total time in court: 00:52

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.