IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00337-CBS

EVELYN HOHENBERGER,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 54 and Fed.R.Civ.P. 58 and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Memorandum Opinion and Order entered by the Honorable Craig B. Shaffer on October 21, 2015 , incorporated herein by reference, it is

ORDERED that final judgment is hereby entered in favor of Defendant, United States, and against Plaintiff, Evelyn Hohenberger.  It is

FURTHER ORDERED that Defendant United States shall be awarded its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C. COLO. LCivR 54.1.

DATED at Denver, Colorado this 21st  day of October , 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk